AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 30 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.

Howard Darrell Foster, Jr.

*Defendant*

Case No.: 4:20CR00294-01 LPR

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Howard Darrell Foster, Jr.**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **Conspiracy to Distribute Schedule I and II controlled substances, PWID heroin, PWID methamphetamine, PWID heroin, Possession of a firearm in furtherance of drug trafficking, n/a, as further explained in the attached documents.**

Date: October 7, 2020

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* 10/7/20, and the person was arrested on *(date)* 10/28/20
at *(city and state)* LR AR

Date: 10/28/20

_____
*Arresting officer's signature*

Dustin J.L.
*Printed name and title*