IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

v.                            CASE NO. 4:20-CR-00294-LPR

**HAROLD DARRELL FOSTER, JR.,**                                          **DEFENDANTS**
**ROBERT W. CAGE III,**
**AARON V. CHRISTMAN,**
**RUSSELL ALEXANDER GIBBS, and**
**CHARLES D. GRIGGS**

**SECOND AMENDED
GENERAL CRIMINAL SCHEDULING ORDER**

This case has been continued and re-set for trial on **June 14, 2021**.  The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date**

  File a Joint Report answering these questions:

  1. Is this case ready for trial or a plea?

  2. If trial-ready, how many six-hour days are needed?

  3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

  1. In trial-ready cases, file any pre-trial motions, proposed voir dire questions, **and** notice of submitting proposed jury instructions to chambers.  Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions.  A response to any motion is due seven calendar days after the motion is filed.

  2. In cases that are not trial-ready or where a guilty plea will be offered, do one of two things.

     a. Get a plea date set with chambers **and** submit the proposed plea agreement (if any) to chambers; or

      b. File a motion for continuance that complies with this Court's Order Regarding Continuances.

IT IS SO ORDERED THIS 12th day of March 2021.

                                                   _____
                                                   LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT JUDGE